**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20529-CR-BLOOM**

**UNITED STATES OF AMERICA**

**v.**

**ROMAN SINYAVSKY,**

**Defendant.**
_______________________________/

**THE UNITED STATES OF AMERICA'S MOTION TO DEPART FROM THE SENTENCING GUIDELINES UNDER SECTION 5K1.1**

The United States of America hereby moves pursuant to Section 5K1.1 of the United States Sentencing Guidelines (the "Guidelines") to depart downward from defendant Roman Sinyavsky's ultimate advisory Guidelines range. Defendant Sinyavsky provided substantial assistance in the investigation of one or more individuals within the meaning of Section 5K1.1. Defendant Sinyavsky is deserving of cooperation credit in the amount of 25%. At Defendant Sinyavsky's sentencing, the undersigned will set forth the nature and quality of his assistance and make a specific sentencing recommendation.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: */s/ Eli S. Rubin*
ELI S. RUBIN
Assistant United States Attorney
Court ID No. A5502535
99 Northeast 4th Street
Miami, Florida 33132-2111
(305) 961-9247
Eli.Rubin@usdoj.gov

MARGARET A. MOESER
CHIEF, MONEY LAUNDERING AND ASSET RECOVERY SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: */s/ Lindsay P. Gorman*
LINDSAY P. GORMAN
Trial Attorney
Court ID No. A5503193
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 570-6437
Lindsay.Gorman@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2025, I electronically filed a copy with the Clerk of the Court using CM/ECF.

*/s/ Eli S. Rubin*
Eli S. Rubin
Assistant U.S. Attorney