**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20529-BB**

**UNITED STATES OF AMERICA**

**vs.**

**ROMAN SINYAVSKY,**

**Defendant.**
______________________________/

**NOTICE OF FULL SATISFACTION OF FORFEITURE MONEY JUDGMENT**

The United States gives notice of the full satisfaction of the forfeiture money judgment entered against Roman Sinyavsky (the "Defendant") in in the above-captioned case.

On February 21, 2025, the Court entered a Preliminary Order of Forfeiture entered [ECF No 21], ordering the entry of a forfeiture money judgment against Defendant in the amount of $182,442.45. Notice is hereby given that the forfeiture money judgment in the amount of $182,442.45 in United States currency imposed against the defendant has been fully satisfied.

Respectfully submitted,

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

By: *s/ Marx P. Calderón*
Marx P. Calderón
Eli S. Rubin
Assistant United States Attorneys
Court ID No. A5502700
Court ID No. A5502535
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9036
E-mail: Marx.Calderon@usdoj.gov
E-mail: Eli.Rubin@usdoj.gov